**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 02-6040**

―――――――――――

ANTONIO F. WILLIAMS,

                                    Petitioner - Appellant,

        versus

MICHAEL T. W. BELL,

                                    Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge. (CA-00-372-5-3F)

―――――――――――

Submitted:  May 10, 2002                Decided:  June 21, 2002

―――――――――――

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Antonio F. Williams, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio F. Williams seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Williams v. Bell</u>, No. CA-00-372-5-3F (E.D.N.C. Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We note that Williams's objections to the report of the magistrate judge were timely under 28 U.S.C. § 636(b)(1) (1994). <u>Houston v. Lack</u>, 487 U.S. 266 (1988). We have considered the objections and the points raised in Williams's informal brief to this court in reaching our decision.